UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL SKIDMORE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and MIGUEL A. CARDONA,<br><br>    Defendants. | Case No. 25-10084<br>Honorable Laurie J. Michelson |

**ORDER DENYING WITHOUT PREJUDICE OR DEFERRING SKIDMORE'S PRELIMINARY MOTIONS [5, 6, 7, 8]**

Despite some financial hardships over the years, Daniel Skidmore claims he always prioritized paying his student loans for the past 26 years. (ECF No. 1.) He continues to face what he calls economic peril. (*Id.*) He believes he is entitled to have his student loans forgiven but has not been able to work out a resolution with the Department of Education. (*Id.*) After trying phone calls, correspondence, Freedom of Information Act requests, and other requests for information that went unanswered, Skidmore filed this lawsuit. (*Id.*) His 266-paragraph complaint seeks a declaratory judgment and relief under the Administrative Procedures Act. (*Id.*)

Right out of the gate, Skidmore has filed a motion for declaratory judgment and immediate consideration of the same (ECF Nos. 5, 6). But Defendants have not even appeared. The Court has not conducted a scheduling conference with the parties. No discovery has been discussed let alone taken. In this procedural posture, the Court

is not going to consider a motion seeking the ultimate relief in the case. Thus, the motion for declaratory judgment and for immediate consideration of the same are DENIED WITHOUT PREJUDICE. At the scheduling conference, which will be conducted by phone, the Court will address Skidmore's request to bring his phone and computer into the Courthouse as needed. So Skidmore's motion seeking that relief (ECF No. 7) is DEFERRED pending further discussion at the scheduling conference.

Finally, Skidmore's motion to use ECF (ECF No. 8) is DENIED as premature. If Skidmore is a first-time e-filer, he must create an account on pacer.uscourts.gov and follow the steps to request e-filer permission. But if Skidmore has been granted e-filer privileges in a previous case, he must complete the Pro Se Application for Electronic Filing and submit it to the Clerk's Office. That application can be found on the Court's website, under the e-filing drop-down menu. After Skidmore completes this process, he may re-file his motion with the Court.

SO ORDERED.

Dated: February 6, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE