## INDEX OF EXHIBITS

1. Payment Count Adjustments Towards Income-Driven Repayment and Public Service Loan Forgiveness Programs
2. National Student Loan Data System Loan Detail Statements
3. FOIA Request
4. Privacy Act Request