On This Page

The payment count adjustment has been completed. Due to a court injunction affecting IDR plans, only loans enrolled in the Income-Based Repayment (IBR) Plan that have accumulated enough time for forgiveness are eligible to be forgiven. The forgiveness information presented on this page is not applicable to you unless you are enrolled in the IBR Plan.

# Payment Count Adjustments Toward Income-Driven Repayment and Public Service Loan Forgiveness Programs

More than 3.6 million William D. Ford Federal Direct Loan (Direct Loan) Program borrowers will receive at least three years of credit toward loan forgiveness, and many will see their loans forgiven automatically.

### FAST FACTS

Q: Why did this happen?

- A: This adjustment was intended to more accurately reflect borrowers' payment counts.

Q: When was it done?

- A: The adjustment was completed in early 2025.

Q: Who did the recount?

- A: The U.S. Department of Education conducted this payment count adjustment.

The U.S. Department of Education (ED) completed the payment count adjustment in the fall of 2024 and began displaying updated payment counts in January 2025. The adjustment was automatically applied to all Direct Loans and FFEL Program loans that were managed by ED at that time. This includes Direct Consolidation Loans that repaid a privately held Perkins or FFEL Program loan and that were disbursed before the adjustment occurred.

Borrowers who submitted a consolidation application on or before June 30, 2024, and whose consolidation loan was disbursed before Oct. 1, 2024, had the payment count adjustment applied to their new Direct Consolidation Loan.

Regardless of whether the adjustment was applied to new consolidation loans or to other existing loans, the adjustment was only effective through August 2024. Any additional progress starting with September 2024 is based on regular processing by your servicer.

## Who This Is For

This information applies to you if you are

- on an income-driven repayment (IDR) plan or were on one in the past;
- in the Public Service Loan Forgiveness (PSLF) program; or
- not on an IDR plan but are interested and have Direct or Federal Family Education Loan (FFEL) Program loans held by the U.S. Department of Education (ED).

If you aren't on an IDR plan but want to reduce your monthly payment, find out if you're eligible for an IDR plan.

If none of the above statements match your situation, review the Q&As below to see if you have other options.

## About the Improvements

On This Page

In the past, there were a variety of reasons why some months may not have been credited toward loan forgiveness—for example, months when you were in a payment plan that wasn't eligible.

With this payment count adjustment, we temporarily changed whether certain payments or months were credited toward your loan forgiveness. Depending on the status of your loan repayment, this change resulted in one of the following for eligible borrowers:

- **You still had more time left until the end of your repayment period.** You were closer to the end of your repayment period and may be closer to forgiveness depending on the IDR plan. Find your repayment plan options.
- **You reached the end of your repayment period.** You automatically received loan forgiveness, if eligible.
- **You had more than the number of months required in your repayment period.** In most cases, you received a refund for any overpayment. Learn about refunds.

## How It Works

As of Oct. 1, 2024, we reviewed every borrower account that had at least one Direct Loan or one FFEL Program loan held by ED. We identified all payments to be counted and instructed your servicer to make the update to your account.

- First, we reviewed loans that had been in repayment long enough to qualify for IDR forgiveness (borrowers who had been in repayment for 20 or 25 years).
- Next, we reviewed borrowers with at least one approved PSLF form to update the months that qualified for PSLF only. These borrowers saw their PSLF payment counts update each month until we made the final adjustment to their IDR counts in 2024.
- Finally, we reviewed all eligible loans to update the months that qualified for IDR forgiveness.

If this review resulted in you being eligible for IDR forgiveness, we contacted you and gave you the chance to opt out of receiving the forgiveness.

### Payment Count Adjustment for Eligible Borrowers

ED conducted an adjustment of IDR-qualifying payments for all William D. Ford Federal Direct Loan (Direct Loan) Program and federally owned Federal Family Education Loan (FFEL) Program loans.

The payment count adjustment counted time toward IDR forgiveness, including

- any months in a repayment status, regardless of the payments made, loan type, or repayment plan;
- if the forbearance was before July 1, 2024, and the loan had 12 or more months of consecutive forbearance or 36 or more months of cumulative forbearance;
- any months spent in economic hardship or military deferments in 2013 or later;
- any months spent in any deferment (with the exception of in-school deferment) prior to 2013; and
- any time in repayment (or deferment or forbearance, if applicable) on earlier loans before consolidation of those loans into a consolidation loan.

Generally, repayment status included any periods where the borrower was enrolled in a repayment plan. Repayment status did not include periods in forbearance, deferment, bankruptcy, or default. However, certain periods of forbearance, deferment, or default counted toward forgiveness in the circumstances described above.

Any borrowers with loans that had accumulated eligible time in repayment of at least 20 or 25 years (240 or 300 months) saw automatic forgiveness, even if they were not at that time on an IDR plan.

Borrowers will continue to see the COVID-19 related forbearances counted toward IDR and PSLF forgiveness.

In most cases, if borrowers made qualifying payments that exceeded the applicable forgiveness period of 20 or 25 years (240 or 300 months), they received a refund for their overpayment. Borrowers who consolidated in time to take advantage from an ineligible loan program (such as FFEL or Perkins Loan) weren't eligible for a refund.

### Effects on Public Service Loan Forgiveness (PSLF) Applicants

- Borrowers with at least one approved PSLF form began to see their PSLF counts adjusted in fall 2023.

On This Page

certifies public service employment.

- If you've applied or will apply for PSLF and certify your employment, you may see the benefits of this adjustment to your qualifying payment count.
- These changes were applied automatically, to all PSLF-eligible Direct Loans, including consolidated and unconsolidated parent PLUS loans.
- If you believe you might benefit, use the PSLF Help Tool to certify periods of employment and track your progress toward forgiveness.
- Borrowers with commercially or federally held FFEL loans needed to apply to consolidate those loans into Direct Consolidation Loans by June 30, 2024, to get PSLF credit under the payment count adjustment. Note that joint consolidation loan (JCL) borrowers were not able to separate and consolidate those loans in time for the adjustment and must submit a JCL separation application by June 30, 2025, in order to have the IDR payment count adjustment applied to their new individual consolidated loan. This adjustment will be completed at a later date.

If you've made a complaint to your servicer and it has not been resolved to your satisfaction, you can submit a complaint to us.

To read more about these announcements, read ED's press release from our April 2022 announcement.

## Questions & Answers

### I am confused why some months counted towards IDR forgiveness and other months didn't. How exactly did the payment count adjustment work?

We suggest that you review the loan status history for each loan with a positive balance on Aid Summary.

- If an individual month is covered by a "Repayment" status, then that month should have counted as progress.
- If an individual month is covered by a COVID-19 related "Deferment" status or "Forbearance" status, then that month should have counted as progress.
- If any single individual month falls before July 1, 2024, and you have at least 36 cumulative months covered by a "Forbearance" status, then all months covered by a "Forbearance" status should have counted as progress. Note that time in a COVID-19 related forbearance did not count towards the 36 cumulative months.
- If an individual month is before July 1, 2024, and that month is covered by a "Forbearance" status and it is included in a string of 12 or more consecutive months that are also covered by a "Forbearance" status, then all months in the consecutive string covered by a "Forbearance" status should have counted as progress. Note that time in a COVID-19 related forbearance did not count towards the 12 consecutive months.
- With the exception of enrollment-related deferments, if a month is before January 2013 and is covered by a "Deferment" status, then that month should have counted as progress.
- Starting with January 2013, if a month is covered by a "Deferment" status related to unemployment or military service, then that month should have counted as progress.

If you have multiple loans that have conflicting statuses for the same month, then only the loan with the eligible status was credited with that month.

If you have a consolidation loan and if any of the loans included in the consolidation loan have at least one month that meets the criteria described above, then that month counted as progress for the consolidation loan.

### I have a consolidation loan, but I don't see progress added to the consolidation loan from the loans included in it.

On This Page

- Do the loans included in the consolidation loan have months that meet the criteria described above?
- Is the consolidation loan a Direct Loan or a FFEL Program loan that is managed by ED?

If the answers to all of those is "yes," then you should have seen progress from the underlying loans added to the consolidation loan. Contact your servicer for more help. If the answer to any of those questions is "no," then you should not see progress from those loans applied to the consolidation loan.

## I've reviewed my loan status history and it's incorrect. What should I do?

If you've reviewed your loan status history in Aid Summary and see that it is incorrect and your loan is currently outstanding (meaning that you're currently repaying the loan), then you should contact your servicer for more help.

If the loan that has incorrect loan status history is included in a Direct Consolidation Loan, then you should contact the holder of that loan and request a copy of your loan status history, which you should then provide to the current servicer of the consolidation loan for additional processing. If you're unable to retrieve a copy of your loan status history from the holder of the loan included in the consolidation loan, then you should contact your current servicer. Please note that your servicer might not be able to help you without documentation.

## What types of loans qualified for the adjustment?

The payment count adjustment was applied to all Direct Loans and all FFEL Program loans held by ED.

Do you want to pursue PSLF but have FFEL Program loans held by ED? Only Direct Loans are eligible for PSLF, so you must have consolidated your FFEL Program loans by the deadline into the Direct Loan program to have received the adjustment to get PSLF credit. Please note that FFEL joint consolidation loan (JCL) borrowers have until June 30, 2025, to submit a JCL separation application to receive the payment count adjustment.

If you had FFEL Program loans not held by ED and you went into default during the COVID-19 payment pause, your loans were reassigned to ED. These loans received IDR credit under the adjustment when the assignment occurred. But if you wanted PSLF credit, you needed to have consolidated your FFEL Program loans before the adjustment occurred, as mentioned above.

## How long do I need to make payments before I receive forgiveness?

Loans may be eligible for forgiveness based on the following timeframes:

| Loan Type | Eligible After... |
|---|---|
| ICR | 25 years (300 months) of payments |
| IBR | 20 or 25 years (240 or 300 months) of payments |
| PAYE | 20 years (240 months) of payments |

On This Page

Visit your servicer's website to find out which payment plan you're in. You can also use the online IDR application to change your plan.

## How can I figure out which of my payments now qualify for IDR and/or PSLF?

The payment count adjustment credited payments or periods in repayment, deferment, or forbearance toward IDR and PSLF forgiveness, including

- any months in a repayment status, regardless of the payments made, loan type, or repayment plan;
- 12 or more months of consecutive forbearance or 36 or more months of cumulative forbearance;
- any months spent in economic hardship or military deferments in 2013 or later;
- any months spent in any deferment (with the exception of in-school deferment) prior to 2013; and
- any time in repayment (or deferment or forbearance, if applicable) on earlier loans before consolidation of those loans into a consolidation loan.

The adjustment credited periods back to the start of the IDR program, July 1, 1994, as eligible toward IDR forgiveness. Periods before July 1, 1994, were only used to determine whether you met the 12- or 36-month forbearance threshold.

You also received credit toward PSLF for any month during or after October 2007 that you had qualifying employment and were in a repayment status, regardless of the payments made, loan type, or repayment plan.

Finally, time in default is not normally counted toward IDR or PSLF. However, borrowers who exited default during the Fresh Start period received credit from March 2020 through the date that they left default. After the Fresh Start period ended, only borrowers who rehabilitated to leave default benefited from the adjustment.

Generally, repayment status includes any periods where the borrower was enrolled in a repayment plan. Repayment status does not include periods in forbearance, deferment, or default. However, those periods counted toward forgiveness in the circumstances described in this policy.

To find this information, you can request your account history from your servicer. This history will include descriptions of the specific forbearance or deferment periods for most accounts.

## How did this work if I was in forbearance?

Normally, time in forbearance does not count as time in repayment. But under the payment count adjustment, time in forbearance was counted toward IDR and PSLF under these specific conditions:

- Borrowers with 12 or more consecutive months in forbearance (excluding the COVID-19 payment pause) had those consecutive months treated as time in repayment.
- Borrowers with 36 or more cumulative months in forbearance (excluding the COVID-19 payment pause) had all of their time in forbearance treated as time in repayment.

These adjustments applied only to loans that were eligible for consideration under the payment count adjustment. Additionally, only months in forbearance that occurred after July 1, 1994, were credited for IDR and after Oct. 1, 2007, for PSLF. Periods before July 1994 were only used to determine whether you met the 12- or 36-month forbearance thresholds.

All borrowers with time in the COVID-19 payment pause forbearance had that time treated as time in repayment. Any time in forbearance effective after the end of the COVID-19 payment pause but before the payment count adjustment in 2024 was made contributed to a borrower's 12- or 36-month forbearance thresholds.

On This Page

adjustment has been made to have their time in forbearance reviewed to determine if they were steered into unnecessary forbearances, which could result in those months being credited toward IDR and PSLF.

## Can I get payment credit for time I spent in deferment?

Normally, time in deferment does not count as time in repayment. But under the payment count adjustment, time in deferment was counted toward IDR and PSLF under these specific conditions:

- Prior to 2013, time spent in any deferment, except in-school deferment, was treated as time in repayment.
- Time spent in specific military-related deferments in 2013 or later was treated as time in repayment.
- Time spent in economic hardship deferment in 2013 or later was treated as time in repayment.

These adjustments applied only to loans that were eligible for consideration under the payment count adjustment. Additionally, only months in deferment that occurred on or after July 1, 1994, were credited for IDR and after Oct. 1, 2007, for PSLF.

## Can I get payment credit for time I spent in a grace period?

## Did I get payments credited for time I spent in either an in-school status or in-school deferment?

No. Time spent in either an in-school status or an in-school deferment did not count as time in repayment.

## How far back in my repayment history did I get credit for time in repayment?

We evaluated your loan history starting on July 1, 1994. For a loan disbursed in 1994 to have been considered for the payment count adjustment, the loan must have been still owed by the same borrower or included in a consolidation loan that was owed by the same borrower.

## How did this work if I consolidated loans with different amounts of time in repayment?

## I am a PSLF borrower, and my qualifying payments have been updated to include periods of deferments or forbearances. If I consolidate now, will I lose those periods of eligibility?

## How do I get a refund if this change resulted in me going over the number of months required in my repayment period?

## Can I get a refund if I already received forgiveness or paid off my loan?

On This Page

count adjustment?

## Will this affect my taxes?

## I think there is a mistake with my payment count. Who should I contact?

If you think there is an error, visit your servicer's website to ask about it.

## What long-term changes is ED making to improve how my progress towards repayment or forgiveness is documented?

Was this page helpful? *

Submit