An official website of the United States government Help Center | Contact Us

Federal Student Aid — An OFFICE of the U.S. DEPARTMENT of EDUCATION | NSLDS

[redacted] Log Out

Aid Recipient | School | Enrollment | FVT/GE | Data Providers | Reports | Admin Tools | Resources | Search Aid Recipient | Nar

H **SSN:** [redacted] **DOB:** [redacted] **Name:** DANIEL G. SKIDMORE **Role(s):** Student Clear Aid Recipient

# Loan Detail

Financial Aid Dashboard > Loan Summary > Loan Detail

Expand All / Collapse All Export to CSV

< Previous 20 of 21 Loans Next >

20 **Loan Last Updated: 02/15/2025** Federally Serviced

## Amounts for Loan

View Outstanding Amount Balance History >

| Details | Loan | OPB | OIB | Cumulative Capitalized Interest | Other Fees | Subsidized Aggregated OPB | Unallocated Aggregated OPB |
|---|---|---|---|---|---|---|---|
| Date | 08/29/2005 | 02/11/2025 | 02/11/2025 | 09/01/2024 | — | — | — |
| Amount | $40,433.00 | $33,522.39 | $0.00 | $69.12 | $0.00 | $27,522.00 | $6,000.00 |

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Loan Information

**Loan Type:** D6-Direct Consolidated Subsidized

Review Reaffirmation >

**Loan Status:** RP-In Repayment as of 09/01/2024

### Loan Details

**Actual Interest Rate:** 2.875%

**Statutory Interest Rate:** 3.125% Fixed

**Date Entered Repayment:** 08/29/2005

**Aggregate OPB:** $27,522

**Discharge Code:** N/A

**Award Year:** N/R

### Loan Organizations

**Federal Loan Servicer:** 512-DEPT OF ED/MOHELA

### Loan Identifiers

**Award ID:** *********S05G77778101

**NSLDS Label:** *********00010020

### Payment Details

**Delinquency Begin Date:** N/R

**Delinquency End Date:** N/R

**Next Payment Due:** 03/11/2025

**Cumulative Amount of Payment:** $9,489.84

**Date of Default for CDR:** N/R

### SULA Details

**SULA Eligible Indicator:** No

**SULA Eligible Date:** N/R

**Underlying Parent PLUS or Consolidation Loan Indicator:** No

**Joint Consolidation Indicator:** No

**Consolidation Loan with ANY Parent PLUS Indicator:** No

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## CDR Information

**Date Entered Repayment:** 08/29/2005 **Date of Default for CDR:** N/R **Rehabilitation Date:** N/R

**Cohort Fiscal Year:** N/R

## Underlying Loan Linking

| NSLDS Label | Date | Amount | Type | BG Rec. Reported by Consol. Origin. Indi. | Percent. of the Under. Loan Payoff |
|---|---|---|---|---|---|
| | | | | No Underlying Loan Linking information availabl | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Loan Status

View Outstanding Amount Balance History ›

| Status Date | Status |
|---|---|
| 09/01/2024 | RP - In Repayment |
| 07/03/2024 | FB - Forbearance |
| 09/01/2023 | RP - In Repayment |
| 03/13/2020 | FB - Forbearance |
| 02/08/2007 | RP - In Repayment |
| 08/29/2005 | DA - Deferred |

**Last Updated:** 12/15/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Activities

### Disbursements

| Date | Cumulative Amount | Disbursement Amount |
|---|---|---|
| 03/23/2006 | $40,433 | $16,878 |
| 08/29/2005 | $23,555 | $23,555 |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Refunds

| Date | Cumulative Amount | Refund Amount |
|---|---|---|
| No Refund information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Cancellations

| Date | Cumulative Amount | Cancellation Amount |
|---|---|---|
| No Cancellation information available for the Aid Recipient. | | |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Deferments

| Start Date | End Date | Type |
|---|---|---|
| No Deferment information available for the Aid Recipient. | | |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Forbearance

| Start Date | End Date | Type | Fine-grain Forbearance Type Code |
|---|---|---|---|
| 07/03/2024 | 08/31/2024 | AD - Administrative | N/R |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Rebate

| Type | Status | Status Date | Cumulative Amount | Rebate Amount |
|---|---|---|---|---|
| UFIR - Up-Front Interest Rebate | 4 - Perm. Disqual. Rebate Benefit | 03/14/2008 | $128 | $128 |

**Last Updated:** **Method:** N/R **Source:** N/R

## Interest Benefit

| Type | Status | Status Date | Rate |
|---|---|---|---|
| ACHP - ACH Payment | 3 - Rebate Benefit Received | 09/01/2024 | 0.25 % |

**Last Updated:** 12/16/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Repayment Plans

| Type | Disclosure Date | 1st Payment Due Date | IDR Plan Anniv. Date | Term (in months) | Schedu |
|---|---|---|---|---|---|
| FE-Fixed Payment Extended | 08/08/2024 | 10/07/2024 | N/A | 1 | 10/07/2 |
| GR-Graduated | 08/22/2015 | 07/07/2012 | N/A | 24 | 07/07/2 |
| GR-Graduated | 08/22/2015 | 07/07/2012 | N/A | 24 | 08/07/2 |
| GR-Graduated | 08/22/2015 | N/R | N/A | 24 | N/R |
| GR-Graduated | 08/22/2015 | 07/07/2012 | N/A | 24 | 07/07/2 |
| GR-Graduated | 06/02/2012 | N/R | N/A | 24 | N/R |
| CG-Consol. Graduated | 05/07/2012 | N/R | N/A | 296 | N/R |
| CG-Consol. Graduated | 10/07/2011 | N/R | N/A | 305 | N/R |
| GR-Graduated | 02/08/2007 | N/R | N/A | 360 | N/R |

**Last Updated:** 09/05/2024 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Discharge

| Type | Date | Posted Date | Discharge Amount | Cumulative OPB | Cumulative OIB | Indicator |
|---|---|---|---|---|---|---|

No Discharge information available for the Aid Recipient.

**Cumulative Discharge:** $0

**Last Updated:** **Method:** N/R **Source:** N/R

## Forgiveness

| Type | Date | Posted Date | Forgiveness Amount | Cumulative Amount | Prev. Applied | State | Eligible Institution Type | Indicator |
|---|---|---|---|---|---|---|---|---|

No Forgiveness information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Teacher Loan Forgiveness

| Teacher Loan Forgiveness Teaching Begin Date | Teacher Loan Forgiveness Teaching End Date |
|---|---|

No Teacher Loan Forgiveness information available for the Aid Recipient.

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Auto Pay Status

| Auto-Debit Enrollment Indicator | Date Enrolled in Auto-Debit | Date Withdrew from Auto-Debit | Amount of Payment to be Auto Debited | Day of Month Auto Debit |
|---|---|---|---|---|
| Yes | 09/01/2024 | N/R | $165.24 | 5 |

Last Updated: 02/15/2025 Method: BATCH Source: 512-DEPT OF ED/MOHELA

Update

## Interest Subsidy Applied

| Monthly Payment Amount Less Than Monthly Accruing Interest Indicator | Effective Date | Amount of Interest Subsidy Applied | Interest Subsidy Type | Number of Interest Subsidy Months User (IBR & PAYE) |
|---|---|---|---|---|

No Interest Subsidy Applied information available for the Aid Recipient.

Last Updated: Method: N/R Source: N/R

Update

## Payments

| Effective Date | Type | Cumulative Amount | Payment Amount | Cumulative OPB | Cumulative OIB | Cumulative OFB |
|---|---|---|---|---|---|---|
| 02/07/2025 | G | $9,489.84 | $165.24 | $83.24 | $82.00 | $0.00 |
| 01/07/2025 | G | $9,324.60 | $165.24 | $83.04 | $82.20 | $0.00 |
| 12/07/2024 | G | $9,159.36 | $165.24 | $85.49 | $79.75 | $0.00 |
| 11/07/2024 | G | $8,994.12 | $165.24 | $82.64 | $82.60 | $0.00 |
| 10/07/2024 | G | $8,828.88 | $165.24 | $63.41 | $101.83 | $0.00 |
| 09/07/2024 | G | $8,663.64 | $165.24 | $0.00 | $165.24 | $0.00 |
| 07/03/2024 | B | $8,498.40 | $8,498.40 | $3,004.60 | $5,493.80 | $0.00 |
| 06/07/2024 | G | $15,677.00 | $157.00 | $74.00 | $83.00 | $0.00 |
| 05/07/2024 | G | $15,520.00 | $157.00 | $77.00 | $80.00 | $0.00 |
| 04/07/2024 | G | $15,363.00 | $157.00 | $74.00 | $83.00 | $0.00 |
| 03/07/2024 | G | $15,206.00 | $157.00 | $79.00 | $78.00 | $0.00 |
| 02/07/2024 | G | $15,049.00 | $157.00 | $74.00 | $83.00 | $0.00 |
| 01/07/2024 | G | $14,892.00 | $157.00 | $73.00 | $84.00 | $0.00 |
| 12/07/2023 | G | $14,735.00 | $157.00 | $76.00 | $81.00 | $0.00 |
| 11/07/2023 | G | $14,578.00 | $141.00 | $57.00 | $84.00 | $0.00 |
| 10/07/2023 | G | $14,437.00 | $141.00 | $27.00 | $114.00 | $0.00 |
| 03/07/2020 | G | $14,296.00 | $141.00 | $62.00 | $79.00 | $0.00 |
| 02/07/2020 | G | $14,155.00 | $141.00 | $57.00 | $84.00 | $0.00 |
| 01/07/2020 | G | $14,014.00 | $141.00 | $56.00 | $85.00 | $0.00 |
| 12/07/2019 | G | $13,873.00 | $141.00 | $59.00 | $82.00 | $0.00 |
| 11/07/2019 | G | $13,732.00 | $141.00 | $56.00 | $85.00 | $0.00 |
| 10/07/2019 | G | $13,591.00 | $141.00 | $59.00 | $82.00 | $0.00 |
| 09/07/2019 | G | $13,450.00 | $141.00 | $56.00 | $85.00 | $0.00 |
| 08/07/2019 | G | $13,309.00 | $141.00 | $56.00 | $85.00 | $0.00 |

| Effective Date | Type | Cumulative Amount | Payment Amount | Cumulative OPB | Cumulative OIB | Cumulative OFB |
|---|---|---|---|---|---|---|
| 07/07/2019 | G | $13,168.00 | $141.00 | $58.00 | $83.00 | $0.00 |
| 06/07/2019 | G | $13,027.00 | $141.00 | $55.00 | $86.00 | $0.00 |
| 05/07/2019 | G | $12,886.00 | $141.00 | $58.00 | $83.00 | $0.00 |
| 04/07/2019 | G | $12,745.00 | $141.00 | $55.00 | $86.00 | $0.00 |
| 03/07/2019 | G | $12,604.00 | $141.00 | $63.00 | $78.00 | $0.00 |
| 02/07/2019 | G | $12,463.00 | $141.00 | $55.00 | $86.00 | $0.00 |

Showing 1 to 30 of 72 items « ‹ Previous Next › »

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

Collections

## Treasury Offset Program

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No Treasury Offset Program information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## DMCS

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No DMCS information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Admin. Wage Garnishment

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No Wage Garnishment information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Department Of Justice

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No Department Of Justice information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

IDR Progress Toward Forgiveness

| Submission Date: 2025-02-11 | Maximum Repayment Term | Progress Earned | Progress Earned At Prior Servicers |
|---|---|---|---|
| IBR - Income Based Repayment | 300 | 278 | 0 |
| PAYE - Pay As You Earn | 240 | 272 | 0 |
| SAVE - Saving on a Valuable Education | 240 | 278 | 0 |
| ICR - Income Contingent Repayment | 300 | 272 | 0 |

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

Loan Holder History

## Federal Loan Servicer

| Start Date | End Date | Code | Federal Loan Servicer |
|---|---|---|---|
| 07/03/2024 | Current | 512 | DEPT OF ED/MOHELA |
| 08/18/2015 | 07/02/2024 | 500 | DEPT OF ED/MOHELA |
| 05/18/2012 | 08/17/2015 | 503 | DEPT OF ED/ASPIRE RESOURCES INC. - ISL |
| 08/29/2005 | 05/17/2012 | 583 | DIRECT LOAN SERVICING CENTER (ACS) |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

**KNOWLEDGE CENTER**

Knowledge Center Home
FSA Handbook
Knowledge Center FAQ

**TRAINING**

Training Resources
FSA Training Conference
Financial Aid Toolkit

**FINANCIAL AID DELIVERY**

Application & Verification
Calculating Awards & Packaging
Origination & Disbursement
Campus-Based Processing
Return of Title IV Funds
Reconciliation & Closeout
Default Prevention & Management

**TITLE IV PROGRAM ELIGIBILITY**

Title IV Participation Application
Maintain Eligibility
Audit Submission
Appeals
Cybersecurity
School Closures

**MORE INFO**

About NSLDS Professional Access
Help Center
Frequently Asked Questions (FAQ)
Feedback Center
Important Dates
Data Center

Federal Student Aid — An OFFICE of the U.S. DEPARTMENT of EDUCATION | PROUD SPONSOR of the AMERICAN MIND®

FOIA | Privacy | Notices | usa.gov | ed.gov | Security

**SSN:** [redacted] **DOB:** [redacted] **Name:** DANIEL G. SKIDMORE **Role(s):** Student Clear Aid Recipient

# Loan Detail



Expand All / Collapse All Export to CSV 21 of 21 Loans Next >

21 **Loan Last Updated: 02/15/2025** Federally Serviced

## Amounts for Loan

View Outstanding Amount Balance History >

| Details | Loan | OPB | OIB | Cumulative Capitalized Interest | Other Fees | Unsubsidized Aggregated OPB | Unallocated Aggregated OPB |
|---|---|---|---|---|---|---|---|
| Date | 08/29/2005 | 02/11/2025 | 02/11/2025 | 02/08/2007 | — | — | — |
| Amount | $48,603.00 | $42,193.25 | $0.00 | $1,830.00 | $0.00 | $30,613.00 | $11,580.00 |

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Loan Information

**Loan Type:** D5-Direct Consolidated Unsubsidized

**Loan Status:** RP-In Repayment as of 09/01/2024

Review Reaffirmation >

### Loan Details

**Actual Interest Rate:** 2.875%

**Statutory Interest Rate:** 3.125% Fixed

**Date Entered Repayment:** 08/29/2005

**Aggregate OPB:** $30,613

**Discharge Code:** N/A

**Award Year:** N/R

### Loan Organizations

**Federal Loan Servicer:** 512-DEPT OF ED/MOHELA

### Loan Identifiers

**Award ID:** *********U05G77778101

**NSLDS Label:** *********00010021

### Payment Details

**Delinquency Begin Date:** N/R

**Delinquency End Date:** N/R

**Next Payment Due:** 03/11/2025

**Cumulative Amount of Payment:** $11,458.52

**Date of Default for CDR:** N/R

### SULA Details

**SULA Eligible Indicator:** No

**SULA Eligible Date:** N/R

**Underlying Parent PLUS or Consolidation Loan Indicator:** No

**Joint Consolidation Indicator:** No

**Consolidation Loan with ANY Parent PLUS Indicator:** No

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## CDR Information

**Date Entered Repayment:** 08/29/2005 **Date of Default for CDR:** N/R **Rehabilitation Date:** N/R

**Cohort Fiscal Year:** N/R

## Underlying Loan Linking

| NSLDS Label | Date | Amount | Type | BG Rec. Reported by Consol. Origin. Indi. | Percent. of the Under. Loan Payoff |
|---|---|---|---|---|---|
| | | | | No Underlying Loan Linking information availabl | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Loan Status

View Outstanding Amount Balance History ›

| Status Date | Status |
|---|---|
| 09/01/2024 | RP-In Repayment |
| 07/03/2024 | FB-Forbearance |
| 09/01/2023 | RP-In Repayment |
| 03/13/2020 | FB-Forbearance |
| 02/08/2007 | RP-In Repayment |
| 08/29/2005 | DA-Deferred |

**Last Updated:** 12/15/2024 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Activities

### Disbursements

| Date | Cumulative Amount | Disbursement Amount |
|---|---|---|
| 03/23/2006 | $48,603 | $20,583 |
| 09/13/2005 | $28,020 | $1,173 |

| Date | Cumulative Amount | Disbursement Amount |
| --- | --- | --- |
| 08/29/2005 | $26,847 | $26,847 |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Refunds

| Date | Cumulative Amount | Refund Amount |
| --- | --- | --- |
| No Refund information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## Cancellations

| Date | Cumulative Amount | Cancellation Amount |
| --- | --- | --- |
| No Cancellation information available for the Aid Recipient. | | |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Deferments

| Start Date | End Date | Type |
| --- | --- | --- |
| No Deferment information available for the Aid Recipient. | | |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Forbearance

| Start Date | End Date | Type | Fine-grain Forbearance Type Code |
| --- | --- | --- | --- |
| 07/03/2024 | 08/31/2024 | AD - Administrative | N/R |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Rebate

| Type | Status | Status Date | Cumulative Amount | Rebate Amount |
| --- | --- | --- | --- | --- |
| UFIR - Up-Front Interest Rebate | 4 - Perm. Disqual. Rebate Benefit | 03/14/2008 | $150 | $150 |

**Last Updated:** **Method:** N/R **Source:** N/R

## Interest Benefit

| Type | Status | Status Date | Rate |
| --- | --- | --- | --- |
| ACHP - ACH Payment | 3 - Rebate Benefit Received | 09/01/2024 | 0.25 % |

**Last Updated:** 12/16/2024 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Repayment Plans

| Type | Disclosure Date | 1st Payment Due Date | IDR Plan Anniv. Date | Term (in months) | Schedu |
|---|---|---|---|---|---|
| FE-Fixed Payment Extended | 08/08/2024 | 10/07/2024 | N/A | 1 | 10/07/2 |
| GR-Graduated | 08/22/2015 | N/R | N/A | 24 | N/R |
| GR-Graduated | 08/22/2015 | 07/07/2012 | N/A | 24 | 07/07/2 |
| GR-Graduated | 08/22/2015 | 07/07/2012 | N/A | 24 | 07/07/2 |
| GR-Graduated | 08/22/2015 | 07/07/2012 | N/A | 24 | 08/07/2 |
| GR-Graduated | 06/02/2012 | N/R | N/A | 24 | N/R |
| CG-Consol. Graduated | 05/07/2012 | N/R | N/A | 296 | N/R |
| CG-Consol. Graduated | 10/07/2011 | N/R | N/A | 305 | N/R |
| GR-Graduated | 02/08/2007 | N/R | N/A | 360 | N/R |

**Last Updated:** 09/05/2024 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Discharge

| Type | Date | Posted Date | Discharge Amount | Cumulative OPB | Cumulative OIB | Indicator |
|---|---|---|---|---|---|---|

No Discharge information available for the Aid Recipient.

**Cumulative Discharge:** $0

**Last Updated:** **Method:** N/R **Source:** N/R

## Forgiveness

| Type | Date | Posted Date | Forgiveness Amount | Cumulative Amount | Prev. Applied | State | Eligible Institution Type | Indicator |
|---|---|---|---|---|---|---|---|---|

No Forgiveness information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Teacher Loan Forgiveness

| Teacher Loan Forgiveness Teaching Begin Date | Teacher Loan Forgiveness Teaching End Date |
|---|---|

No Teacher Loan Forgiveness information available for the Aid Recipient.

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

## Auto Pay Status

| Auto-Debit Enrollment Indicator | Date Enrolled in Auto-Debit | Date Withdrew from Auto-Debit | Amount of Payment to be Auto Debited | Day of Month Auto Debit |
|---|---|---|---|---|
| Yes | 09/01/2024 | N/R | $207.98 | 5 |

Last Updated: 02/15/2025 Method: BATCH Source: 512 - DEPT OF ED/MOHELA

Update

## Interest Subsidy Applied

| Monthly Payment Amount Less Than Monthly Accruing Interest Indicator | Effective Date | Amount of Interest Subsidy Applied | Interest Subsidy Type | Number of Interest Subsidy Months User (IBR & PAYE) |
|---|---|---|---|---|

No Interest Subsidy Applied information available for the Aid Recipient.

Last Updated: Method: N/R Source: N/R

Update

## Payments

| Effective Date | Type | Cumulative Amount | Payment Amount | Cumulative OPB | Cumulative OIB | Cumulative OFB |
|---|---|---|---|---|---|---|
| 02/07/2025 | G | $11,458.52 | $207.98 | $104.78 | $103.20 | $0.00 |
| 01/07/2025 | G | $11,250.54 | $207.98 | $104.52 | $103.46 | $0.00 |
| 12/07/2024 | G | $11,042.56 | $207.98 | $107.61 | $100.37 | $0.00 |
| 11/07/2024 | G | $10,834.58 | $207.98 | $104.01 | $103.97 | $0.00 |
| 10/07/2024 | G | $10,626.60 | $207.98 | $79.78 | $128.20 | $0.00 |
| 09/07/2024 | G | $10,418.62 | $207.98 | $0.00 | $207.98 | $0.00 |
| 07/03/2024 | B | $10,210.64 | $10,210.64 | $3,333.45 | $6,877.19 | $0.00 |
| 06/07/2024 | G | $19,170.00 | $189.00 | $85.00 | $104.00 | $0.00 |
| 05/07/2024 | G | $18,981.00 | $189.00 | $88.00 | $101.00 | $0.00 |
| 04/07/2024 | G | $18,792.00 | $189.00 | $84.00 | $104.00 | $0.00 |
| 03/07/2024 | G | $18,603.00 | $189.00 | $91.00 | $98.00 | $0.00 |
| 02/07/2024 | G | $18,414.00 | $189.00 | $84.00 | $105.00 | $0.00 |
| 01/07/2024 | G | $18,225.00 | $189.00 | $83.00 | $105.00 | $0.00 |
| 12/07/2023 | G | $18,036.00 | $189.00 | $87.00 | $102.00 | $0.00 |
| 11/07/2023 | G | $17,847.00 | $169.00 | $64.00 | $106.00 | $0.00 |
| 10/07/2023 | G | $17,678.00 | $169.00 | $26.00 | $143.00 | $0.00 |
| 03/07/2020 | G | $17,509.00 | $169.00 | $70.00 | $99.00 | $0.00 |
| 02/07/2020 | G | $17,340.00 | $169.00 | $63.00 | $106.00 | $0.00 |
| 01/07/2020 | G | $17,171.00 | $169.00 | $63.00 | $106.00 | $0.00 |
| 12/07/2019 | G | $17,002.00 | $169.00 | $66.00 | $103.00 | $0.00 |
| 11/07/2019 | G | $16,833.00 | $169.00 | $63.00 | $107.00 | $0.00 |

| Effective Date | Type | Cumulative Amount | Payment Amount | Cumulative OPB | Cumulative OIB | Cumulative OFB |
|---|---|---|---|---|---|---|
| 10/07/2019 | G | $16,664.00 | $169.00 | $66.00 | $103.00 | $0.00 |
| 09/07/2019 | G | $16,495.00 | $169.00 | $62.00 | $107.00 | $0.00 |
| 08/07/2019 | G | $16,326.00 | $169.00 | $62.00 | $107.00 | $0.00 |
| 07/07/2019 | G | $16,157.00 | $169.00 | $65.00 | $104.00 | $0.00 |
| 06/07/2019 | G | $15,988.00 | $169.00 | $62.00 | $107.00 | $0.00 |
| 05/07/2019 | G | $15,819.00 | $169.00 | $65.00 | $104.00 | $0.00 |
| 04/07/2019 | G | $15,650.00 | $169.00 | $62.00 | $108.00 | $0.00 |
| 03/07/2019 | G | $15,481.00 | $169.00 | $72.00 | $97.00 | $0.00 |
| 02/07/2019 | G | $15,312.00 | $169.00 | $61.00 | $108.00 | $0.00 |

Showing 1 to 30 of 72 items « ‹ Previous Next › »

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512-DEPT OF ED/MOHELA

Collections

## Treasury Offset Program

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No Treasury Offset Program information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## DMCS

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No DMCS information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Admin. Wage Garnishment

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

No Wage Garnishment information available for the Aid Recipient.

**Last Updated:** **Method:** N/R **Source:** N/R

## Department Of Justice

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|

| Date | Cumulative Principal Amount | Cumulative Interest Amount |
|---|---|---|
| No Department Of Justice information available for the Aid Recipient. | | |

**Last Updated:** **Method:** N/R **Source:** N/R

## IDR Progress Toward Forgiveness

| Submission Date: 2025-02-11 | Maximum Repayment Term | Progress Earned | Progress Earned At Prior Servicers |
|---|---|---|---|
| IBR - Income Based Repayment | 300 | 278 | 0 |
| PAYE - Pay As You Earn | 240 | 272 | 0 |
| SAVE - Saving on a Valuable Education | 240 | 278 | 0 |
| ICR - Income Contingent Repayment | 300 | 272 | 0 |

**Last Updated:** 02/15/2025 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA

## Loan Holder History

### Federal Loan Servicer

| Start Date | End Date | Code | Federal Loan Servicer |
|---|---|---|---|
| 07/03/2024 | Current | 512 | DEPT OF ED/MOHELA |
| 08/18/2015 | 07/02/2024 | 500 | DEPT OF ED/MOHELA |
| 05/18/2012 | 08/17/2015 | 503 | DEPT OF ED/ASPIRE RESOURCES INC. - ISL |
| 08/29/2005 | 05/17/2012 | 583 | DIRECT LOAN SERVICING CENTER (ACS) |

**Last Updated:** 07/17/2024 **Method:** BATCH **Source:** 512 - DEPT OF ED/MOHELA