UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE SECRETARY

Freedom of Information Act (FOIA) Service Center

# FOIA REQUEST FORM

Use this form to request U.S. Department of Education records/information. Submit completed form and documentation via email: EDFOIAManager@ed.gov; fax 202-401-0920; or mail to U.S. Department of Education, Office of the Secretary, 400 Maryland Avenue, SW, LBJ 7W106, Washington, DC 20202-0121, Attn: FOIA Public Liaison.

## REQUESTER INFORMATION

**Title** Mr. **First Name** Daniel **M.I.** G **Last Name** Skidmore

**Business Name** **Title**

**Address** 1053 Academy Dr. **Bldg/Apt#**

**City** Rochester Hills **State** MI **Zipcode** 48307

**Phone Number** [redacted] **Fax Number** **Email** daniel.g.skidmore@gmail.com

**Requester Description**

- [x] An individual seeking information for personal use.
- [ ] Affiliated with a private corporation and seeking information for use in the company's business.
- [ ] A representative of the news media/press and this request is made as part of news gathering and not for commercial use.
- [ ] Affiliated with a public interest group and this request is not for commercial use.
- [ ] Affiliated with an educational or noncommercial scientific institution and this request is for a scholarly purposes.
  - Provide a description of the scholarly purpose the requested documents support.
  - If the scholarly purpose is currently funded by the Department of Education, provide funding numbers and award name.
  - If the documents requested are to increase the possibility of receiving a grant or contract to conduct a scholarly purpose, then the purpose of the request is commercial.

**Comments** (i.g. media agency, description of scholarly purpose)

I am not receiving a student loan forgiveness under an IDR account adjustment. I believe, and both my servicer and the FSA customer service rep I spoke with believe, I should have received a more favorable adjustment. I am requesting information to understand the decision prior to filing for an injunction.

**Description of documents that are being requested.** Be as specific as possible with regard to names, dates, places, events, subjects, etc. If known, you should include any file designations or descriptions for the records that you are requesting.

A copy of all definitions, rules, regulations, policies, guidelines, manuals, instructions, flowcharts, processes and other documentation used to guide DOE personnel and/or contractors in determining qualification for IDR Account Adjustment, payment counting, determinations of payment plan status, and how DoE defines "currently enrolled in the Pay As You Earn (PAYE) repayment plan."

ED-EMH-001.1 Rev. 09/2021 Reset Form Print Form Submit ED 151; SORN 18-04-01

## FEES AND FEE WAIVERS

☐ I agree to pay all applicable fees. *(To view the fee structure, visit: http://www2.ed.gov/policy/gen/leg/foia/fees.html)*

☒ I request a waiver or reduction of fees.
*(To view the criteria for fee waivers, visit: http://www2.ed.gov/policy/gen/leg/foia/fee-waiver.html)*

☐ Enter a specified amount which you agree to pay. I understand I will be notified if the estimated cost exceeds the specified amount I provided. *(Note: The Department does not charge for request which total $25 or less.)*

## EXPEDITED PROCESSING

If you are requesting expedited processing, choose the appropriate rationale for your request below.

☐ Failure to obtain requested records could reasonably be expected to pose an imminent threat to the life or physical safety of an individual. Additionally, if immediate use of the FOIA is shown to be critical (as opposed to a mere allegation) to the preservation of a substantial right that fact may also be considered.

**Explain**

☐ Request made by a person primarily engaged in disseminating information and there is an urgency to inform the public concerning actual or alleged Federal Government activity (this option available ONLY for requesters primarily engaged in disseminating information).

**Explain**

## ADDITIONAL COMMENTS

**Additional Comments**

I am willing to consider/discuss dropping this FOIA request if someone from DoE contacts me to clarify the reasons for the handling of my student loan.

---

***Privacy Act Statement:***

**AUTHORITY:** 5 U.S.C. 301, Departmental Regulations and 5 U.S.C. 552, Freedom of Information Act (FOIA).

**PURPOSE:** to allow individuals to file electronic FOIA requests; to track all FOIA requests from receipt to response to compile statistics for the Annual FOIA Report; to research and respond to FOIA requests; to maintain case files to comply with records disposal requirements; and to maintain an administrative record to support any litigation.

**ROUTINE USE:** Requests are received, assigned a case number, routed to the appropriate office or organization for research and response, and filed in a case file. Requests that are transferred, receive a no records response, or granted in full are retained for 2 years and then destroyed. Requests that are denied in whole or in part are retained for 6 years then destroyed.

**DISCLOSURE:** Voluntary. We seek your full name and postal mailing address so we may mail a response to you. Failure to provide this information may result in your request not being processed (this page does not capture email addresses).

Information collected by this form is also used for trend analysis and may be shared with law enforcement personnel. Information submitted may be retained indefinitely.