UNITED STATES DEPARTMENT OF EDUCATION

**Office of the Secretary**

Freedom of Information Act (FOIA) Service Center

OMB Number: 1880-0546
Expiration Date: 07/31/2024

# PRIVACY ACT REQUEST FORM

Use this form to request U.S. Department of Education records/information. Submit completed form and documentation via email to: EDFOIAManager@ed.gov; fax 202-401-0920; or mail to U.S. Department of Education, Office of the Secretary, 400 Maryland Avenue, SW, LBJ 7W106, Washington, DC 20202-0121, Attn: Privacy Act Request.

## REQUESTER INFORMATION

**Title** Mr. **First Name** Daniel **M.I.** **Last Name** Skidmore

**Business Name** **Title**

**Address** 1053 Academy Dr. **Bldg/Apt#**

**City** Rochester Hills **State** MI **Zipcode** 48307

**Phone Number** [redacted] **Fax Number** **Email** daniel.g.skidmore@gmail.com

**NOTE:** If you are a third party, the subject (or minor subject's parent or guardian) must consent to release of requested Privacy Act protected records. You are required to submit a Certification of Identity and Consent Form **http://www2.ed.gov/policy/gen/leg/foia/pa_statement.html** with your Privacy Act Request Form. You are also required to submit a Certification of Identity and Consent Form along with this form when requesting student loan records.

**Please provide a description of documents that are being requested. Be as specific as possible with regard to names, dates, places, events, subjects, etc. If known, you should include any file designations or descriptions for the records that you are requesting.**

- Any and all records used by Dept. of Education staff or contractors in reviewing Mr. Daniel Grant Skidmore's (information above) qualification for a IDR Account Adjustment to his student loans, including but not limited to:
a. any records or data held by the Dept. of Education, it's staff, contractors, systems or files that provide a full or partial account history of data held by the Dept. of Ed. showing payments made, the payment plan under which the payment was made, the amount of the payment, the date of the payment, any periods of forebearance or deferrment and the dates and reason for the pause, and any other relevant data showing the account of payments and pauses for the entire history of Mr. Skidmore's student loans,
b. any records or data with information relating the the approval or denial of an IDR Account Adjustment for Mr. Skidmore, including but not limited to decision/determination forms/records, any file or data that was used or referenced by any person or sytem in determining whether Mr. Skidmore was qualified for an IDR account adjustment,
c. any information indicating that Mr. Skidmore should not be considered qualified for an account adjustment as a prior PAYE plan participant, despite making payments under a PAYE plan starting on Dec. 7, 1998 or finding that Mr. Skidmore should not be treated like any other person who was previously on a PAYE program prior to being moved to a SAVE program,
d. any records showing an accounting of qualified payments made,
e. any calculation used in determining the number of qualifying payments made by Mr. Skidmore,
f. any calculation or records used in determining the number of years under which Mr. Skidmore is required to make qualified payments before receiving an account adjustment.

I request a waiver for the costs based on reasons in the attached email. If denied that treatment, I would pay up to a $500 fee.

Reset Form | Print Form | Submit



ED-EMVF-004.2 Exp. 07/21

**UNITED STATES DEPARTMENT OF EDUCATION**
**Office of the Secretary**
Freedom of Information Act (FOIA) Service Center

OMB Number: 1880-0546
Expiration Date: 07/31/2024

**PRIVACY ACT REQUEST FORM**

**ADDITIONAL COMMENTS**

Please note that this request is being made because I was denied an IDR Account Adjustment. According to my servicer, I should qualify for a loan forgiveness as of April 2022. I have been making payments since 1998 under the PAYE program initially. I have made payments for more than 22 years. My understanding and my servicer's understanding is that I because I was a prior PAYE plan participant, I should be treated the same as any SAVE program participant who was also a former plan participant. The studentaid.gov website says that "Borrowers with graduate loans AND currently enrolled in the Pay As You Earn (PAYE) repayment plan" receive forgivness under an account adjustment after 20 years. In reality, there is no such thing as a person "currently enrolled in the Pay as You Earn (PAYE)" plan because all such participants were moved to a SAVE plan. So, I assume the Dept. of Ed. should be looking to whether someone was a "prior" PAYE plan participant, which I am. So, it doesn't make sense that I am not being given credit as a former PAYE plan participant, while others are. I have also submitted a FOIA request to understand the policies, procedures, definitions, etc. used in making these calls. I did not want to have to file these forms, but when I called the FSA call center, they couldn't disagree with my reading and could not explain the decision. If I can be provided an opportunity to work this out or clarify this, I would consider dropping this request and the FOIA request. However, in the absence of help from a person, due to my financial circumstances, I will likely have to file an injunction in court seeking a different treatment because my back is to a wall financially. I certainly don't want to do that, so please let's try to work this out for everyone's benefit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the subject named above or the parent or guardian of the minor subject named above. I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine under that title or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. Section 552a(i)(3) by a fine of not more than $5,000.

**Signature** [signature]

***Privacy Act Statement.***

In accordance with 34 CFR Section 5b.5(b)(2) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Education systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

***Public Burden Statement.***

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1880-0546. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is *required to obtain or retain a benefit under 34 CFR Section 5b.5(b)(2).* If you have comments or concerns regarding the status of your individual submission of this form, please contact the US Department of Education's FOIA Service Center, 400 Maryland Avenue, SW, LBJ 7W106, Washington, DC 20202-0121 directly. [Note: Please do not return the completed form to this address.]



Reset Form | Print Form | Submit